IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2226 |
| | § | |
| CHAMPION FIBERGLASS, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR STAY

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter is **STAYED** until the EEOC's funding is restored. All deadlines and hearings are **TERMINATED**. Upon notification from counsel, a new scheduling order to be entered.

Signed this 28th day of December, 2018.

**Andrew S. Hanen**
**United States District Judge**